IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3006 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JULIO MELESIO, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant began full-time employment in Hastings, Nebraska yesterday.

Accordingly,

IT IS ORDERED that defendant's Motion to Modify Conditions of Release, (filing no. 23), is denied.

DATED this 31st day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge