IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JULIO MELESIO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's motion to file under seal (filing 108) is granted.

(2)  The defendant's uncontested motion to continue sentencing hearing and request for updated presentence investigation report (filing 109) is granted.

(3)  The defendant's sentencing is rescheduled to Tuesday, January 14, 2014, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(4)  The Probation Officer shall submit an updated presentence investigation report to the undersigned and counsel of record no later than January 3, 2014.

Dated November 5, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge